

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Jose Guadalupe CEJA Jr., ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. **21-MJ-0968** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8 U.S.C. Section 1324(a)(2)(B)(iii)- <br> Bringing in Unlawful Alien Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about March 13, 2021, within the Southern District of California, Defendant, Jose Guadalupe CEJA Jr., with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Moises SANCHEZ-Davalos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. on March 15, 2021.

_____
HON. LINDA LOPEZ
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

I, United States Customs and Border Protection (CBP) Officer Nancy Cervantes, declare under penalty of perjury the following to be true and correct:

The complainant states that Moises SANCHEZ-Davalos, is a citizen of a country other than the United States; that said alien is found to be deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a smuggled alien in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On March 13, 2021, at approximately 4:13 P.M. Jose Guadalupe CEJA Jr. (Defendant) a United States Citizen, made application for admission into the United States from Mexico via the vehicle primary lanes at the San Ysidro, California Port of Entry, driving a 2003 Mitsubishi Eclipse bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) officer, Defendant presented his California driver license as proof of identity. The CBP officer observed a few discrepancies in Defendants story and elected to conduct a cursory inspection on the vehicle. The CBP Officer asked Defendant to unlock the hatchback and discovered an individual concealed under a black blanket. The CBP Officer requested for assistance, Defendant was handcuffed and escorted to security office, vehicle was driven by another CBP Officer to vehicle secondary for further inspection.

In vehicle secondary lot, an assigned CBP Officer assisted one male out of the hatchback rear area of the vehicle. The male individual was found to be a citizen of Mexico without any documents that would permit him to enter or remain in the United States. The male individual was identified as Moises SANCHEZ-Davalos (Material Witness) and is being held as a Material Witness.

Continued Probable Cause Statement on Page 2;

1

Continued Probable Cause Statement
US v. Jose Guadalupe CEJA Jr.

At approximately 5:37 P.M., Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted he agreed to smuggle United States currency utilizing his vehicle in exchange for $1,000.00 US Dollars. Defendant admitted he is the registered owner of the vehicle. Defendant admitted he was driving the vehicle to San Diego, California.

During a videotaped interview, Material Witness admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated his brother made all the arrangements. Material Witness stated he was to pay $8,000.00 US dollars to the smugglers. Material Witness stated he was traveling to Los Angeles, California to live and seek unlawful employment.

Executed on this day 13th of March, 2021 at 9:00 P.M.

_____
Nancy Cervantes / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on March 13, 2021 in violation of Title 8, U.S.C., Section 1324.

_____         [ 11:14 AM, Mar 14, 2021 ]
MAGISTRATE JUDGE                                              DATE / TIME